Case 4:21-cv-05041-JAG    ECF No. 25    filed 04/12/22    PageID.122    Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SAGE PORT GRILLE and MICHELLE J. NILSON.,<br><br>Defendants. | No. 4:21-CV-5041-JAG<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' stipulated request for dismissal, with prejudice, pursuant to the parties' settlement agreement. ECF No. 24. The Court has reviewed the pending stipulation and is fully informed.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice, **ECF No. 24**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. All scheduled court hearings are **STRICKEN**.

4. Pending motions, if any, are **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED April 12, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1